JESSICA MARIE FONTENOT
206 STATION DR
OCEAN SPRINGS, MS 39564

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCE AMERICA
2525 US HWY 90
STE 1
GAUTIER, MS 39553

ADVANCE FINANCIAL
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

AFTERPAY
222 KEARNY ST #600
SAN FRANCISCO, CA 94103

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

ASCEND LOANS
635 EASY HWY 20
UPPER LAKE, CA 95485

ASPIRE CREDIT CARD
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

AVANT
640 LA SALLE ST
STE 535
CHICAGO, IL 60654

BALANCE CREDIT
ATTN: BANKRUPTCY
P. O. BOX 4356
HOUSTON, TX 77210

BALANCE CREDIT
306 W ERIE ST STE 300
CHICAGO, IL 60654

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899

BEST EGG
1523 CONCORD PIKE
STE 302
WILMINGTON, DE 19803

BIG PICTURE LOANS
P.O. BOX 704
WATERSMEET, MI 49969

BISON CASH
PO BOX 654
SANTA YSABEL, CA 92070

BRIGHT LENDING
PO BOX 578
HAYS, MT 59527

BRIGIT
838 AVENUE OF THE AM
NEW YORK, NY 10001-4194

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CHECK CITY
PO BOX 97008
OREM, UT 84097

CITI
PO BOX 6004
SIOUX FALLS, SD 57117-6004

CLEAR AIR LENDING
PO BOX 1429
NICE, CA 95464

CLEO
150 W 25TH ST
NEW YORK, NY 10001

COMMUNITY CHOICE
1204 BIENVILLE BLVD
STE 1
OCEAN SPRINGS, MS 39564

CRANE FINANCE
2108 GRANDE AVE
WAUSAU, WI 54403

CREDIT FRESH
200 CONTINENTAL DR
SUITE 401
NEWARK, DE 19713

CREDIT NINJA
27 N WACKER DR
#404
CHICAGO, IL 60606

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

DEFERIT INC
ATTN: BANKRUPTCYLEGAL
PO BOX 3511
NEW YORK, NY 10008

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

EARNIN
200 PORTAGE AVE
PALO ALTO, CA 94306

EMPOWER
10700 NALL AVE
LEAWOOD, KS 66211

EXPLORE CREDIT
P.O. BOX 260269
ATLANTA, GA 30326

GET GREEN 123
6360 NW 5TH WAY
SUITE 200
FORT LAUDERDA, FL 33309

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

KLOVER
57 W GRAND AVE
CHICAGO, IL 60654

LEND NATION
8208 MELROSE
OVERLAND PARK, KS 66214

LENDING CLUB
71 STEVENSON ST
STE 300
SAN FRANCISCO, CA 94105

LENDUMO
P.O. BOX 542
LAC DU FLAMBE, WI 54538

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MONEY KEY
3422 OLD CAPITOL TRAIL
STE 1613
WILMINGTON, DE 19808

MONEY LION
P.O. BOX 1547
SANDY, UT 84091

MY FUNDING CHOICES
1601 GA HWY 40 E
STE M 247
KINGSLAND, GA 31548

NAVY FEDERAL CREDIT UN
P.O. BOX 3100
MERRIFIELD, VA 22119

NETCREDIT
ATTN: BANKRUPTCY
175 W. JACKSON BLVD
STE 600
CHICAGO, IL 60604

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

PROSPER FUNDING LLC
ATTN: BANKRUPTCY
221 MAIN ST STE 300
SAN FRANCISCO, CA 94105

QUICK CREDIT CONNECT
7701 LAS COLINAS RIDGE
IRVING, TX 75063

REGIONAL FIN
ATTN: BANKRUPTCY
979 BATEVILLE RD STE B
GEER, SC 29651

RISE CREDIT
P.O. BOX 101808
FORT WORTH, TX 76185

RIVER FUNDS GROUP
PO BOX 542
LAC DU FLAMBEAU, WI 54538

SEZZLE
251 N 1ST AVE
MINNEAPOLIS, MN 55401

SIMPLE FAST LOANS INC
8601 DUNWOODY PLACE
STE 406
ATLANTA, GA 30350

SOLO FUNDS
1680 VINE ST
STE 300
LOS ANGELES, CA 90028

SPEEDY CASH
3611 N. RIDGE RD.
WICHITA, KS 67205

SPOT LOAN
PO BOX 927
PALATINE, IL 60078-0927

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060

SYNCHRONY BANK
PO BOX 965065
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TODAY CASH
P.O. BOX 808
KESHENA, WI 54135

UPROVA CREDIT
635 HWY 20 V
UPPER LAKE, CA 95485

UPSTART
P.O. BOX 1503
SAN CARLOS, CA 94070

VOLA APP
1 CHESTNUT HILL
NEWARK, DE 19713

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232

XACT INSTALLMENT
4150 INTERNATIONAL PKW
STE 1100
CARROLLTON, TX 75007

ZIP
1450 BROADWAY 24TH FL
NEW YORK, NY 10018

ZWICKER & ASSOCIATES,
80 MINUTEMAN RD
ANDOVER, MA 01810-1008