United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51533-KMS
Jessica Marie Fontenot Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 4
Date Rcvd: Sep 15, 2026 Form ID: 309A Total Noticed: 72

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Marie Fontenot, 206 Station Dr, Ocean Springs, MS 39564-5660 |
| 5723587 | + | Bison Cash, PO BOx 654, Santa Ysabel, CA 92070-0654 |
| 5723593 | | Check City, PO Box 97008, Orem, UT 84097 |
| 5723597 | + | Community Choice, 1204 Bienville Blvd, Ste 1, Ocean Springs, MS 39564-2938 |
| 5723601 | | Dave, 265 S Cochran Ave, Los Angeles, CA 90019 |
| 5723605 | + | Empower, 10700 Nall Ave, Leawood, KS 66211-1206 |
| 5723609 | + | Klover, 57 W Grand Ave, Chicago, IL 60654-4857 |
| 5723616 | + | My Funding Choices, 1601 GA Hwy 40 E, Ste M 247, Kingsland, GA 31548-6500 |
| 5723621 | + | Quick Credit Connect, 7701 Las Colinas Ridge, Irving, TX 75063-8081 |
| 5723624 | + | River Funds Group, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 5723627 | + | Solo Funds, 1680 Vine St, Ste 300, Los Angeles, CA 90028-8852 |
| 5723629 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 5723636 | | Uprova Credit, 635 Hwy 20 V, Upper Lake, CA 95485 |
| 5723638 | + | Vola App, 1 Chestnut Hill, Newark, DE 19713-2761 |
| 5723639 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |
| 5723640 | | Xact Installment, 4150 International Pkw, Ste 1100, Carrollton, TX 75007 |
| 5723641 | + | Zip, 1450 Broadway 24th Fl, New York, NY 10018-2224 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Sep 15 2026 19:36:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: BZSWESSLERSR | Sep 15 2026 23:34:00 | Zachary S Wessler, Sr, 1806 23rd Avenue, Suite A, Gulfport, MS 39501-2963 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Sep 15 2026 19:37:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5723579 | | Email/Text: accountresolution@ascendloans.com | Sep 15 2026 19:36:00 | Ascend Loans, 635 Easy Hwy 20, Upper Lake, CA 95485 |
| 5723574 | + | Email/Text: bnc@teampurpose.com | Sep 15 2026 19:37:00 | Advance America, 2525 US Hwy 90, Ste 1, Gautier, MS 39553-5247 |
| 5723575 | + | Email/Text: bankruptcy@af247.com | Sep 15 2026 19:37:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5723576 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 15 2026 19:41:07 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5723577 | ^ | MEBN | Sep 15 2026 19:31:22 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |

| | | | | |
|---|---|---|---|---|
| 5723578 | + | EDI: GMACFS.COM | Sep 15 2026 23:34:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5723580 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 15 2026 19:36:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5723581 | + | Email/Text: bk@avant.com | Sep 15 2026 19:37:00 | Avant, 640 La Salle St, Ste 535, Chicago, IL 60654-3731 |
| 5723583 | | Email/Text: bknotifications@balancecredit.com | Sep 15 2026 19:36:00 | Balance Credit, 306 W Erie St Ste 300, Chicago, IL 60654 |
| 5723586 | | Email/Text: bankruptcy@bigpictureloans.com | Sep 15 2026 19:36:00 | Big Picture Loans, P.O. Box 704, Watersmeet, MI 49969 |
| 5723582 | ^ | MEBN | Sep 15 2026 19:31:10 | Balance Credit, Attn: Bankruptcy, P. O. Box 4356, Houston, TX 77210-4356 |
| 5723584 | + | EDI: TSYS2 | Sep 15 2026 23:34:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5723585 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 15 2026 19:41:02 | Best Egg, 1523 Concord Pike, STe 302, Wilmington, DE 19803-3654 |
| 5723588 | + | Email/Text: customerservice@brightlending.com | Sep 15 2026 19:37:00 | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 5723589 | + | Email/Text: bankruptcynotices@hellobrigit.com | Sep 15 2026 19:36:00 | Brigit, 838 Avenue of the Am, New York, NY 10001-4193 |
| 5723595 | | Email/Text: accountmanagement@clearairlending.com | Sep 15 2026 19:36:00 | Clear Air Lending, PO Box 1429, Nice, CA 95464 |
| 5723599 | | Email/Text: bankruptcy@creditfresh.com | Sep 15 2026 19:36:00 | Credit Fresh, 200 Contintental Dr, Suite 401, Newark, DE 19713 |
| 5723600 | | Email/Text: bankruptcy_filings@creditninja.com | Sep 15 2026 19:36:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5723590 | + | EDI: CAPITALONE.COM | Sep 15 2026 23:34:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5723591 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Sep 15 2026 19:36:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5723592 | + | EDI: JPMORGANCHASE | Sep 15 2026 23:34:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5723594 | | EDI: CITICORP | Sep 15 2026 23:34:00 | Citi, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 5723596 | + | Email/Text: bankruptcy@meetcleo.com | Sep 15 2026 19:36:00 | Cleo, 150 W 25th St, New York, NY 10001-7404 |
| 5723602 | | Email/Text: backoffice.us@deferit.com | Sep 15 2026 19:37:00 | Deferit Inc, Attn: BankruptcyLegal, Po Box 3511, New York, NY 10008 |
| 5723603 | + | EDI: DISCOVER | Sep 15 2026 23:34:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5723604 | | Email/Text: cxs-doc-access@earnin.com | Sep 15 2026 19:36:00 | Earnin, 200 Portage Ave, Palo Alto, CA 94306 |
| 5723606 | ^ | MEBN | Sep 15 2026 19:31:18 | Explore Credit, P.O. Box 260269, Atlanta, GA 31126-0269 |
| 5723607 | | Email/Text: mfitzgerald@accfinllc.com | Sep 15 2026 19:37:00 | Get Green 123, 6360 NW 5th Way, Suite 200, Fort Lauderda, FL 33309 |
| 5723608 | | Email/Text: customerservice.us@klarna.com | Sep 15 2026 19:36:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5723635 | | Email/Text: Bankruptcy@Todaycash.com | Sep 15 2026 19:36:00 | Today Cash, P.O. Box 808, Keshena, WI 54135 |
| 5723613 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 19:41:07 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5723611 | + | EDI: LENDNGCLUB | Sep 15 2026 23:34:00 | Lending Club, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |

| | | | | |
|---|---|---|---|---|
| 5723612 | + | Email/Text: mail@ldf-holdings.com | Sep 15 2026 19:36:00 | Lendumo, P.O. Box 542, Lac Du Flambe, WI 54538-0542 |
| 5723614 | + | Email/Text: bankruptcy@moneykey.com | Sep 15 2026 19:36:00 | Money Key, 3422 Old Capitol Trail, Ste 1613, Wilmington, DE 19808-6124 |
| 5723615 | + | Email/Text: bankruptcy@moneylion.com | Sep 15 2026 19:37:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5723617 | + | EDI: NFCU.COM | Sep 15 2026 23:34:00 | Navy Federal Credit Un, P.O. Box 3100, Merrifield, VA 22119-3100 |
| 5723618 | + | Email/Text: netcreditbnc@enova.com | Sep 15 2026 19:37:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 600, Chicago, IL 60604-2948 |
| 5723619 | | Email/Text: bankruptcy@possiblefinance.com | Sep 15 2026 19:36:00 | Possible Finance, Po Box 98686, Las Vegas, NV 89193 |
| 5723620 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 15 2026 19:41:07 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 5723610 | | Email/Text: bankruptcy@qcholdings.com | Sep 15 2026 19:36:00 | Lend Nation, 8208 Melrose, Overland Park, KS 66214 |
| 5723622 | + | Email/Text: bankruptcy@regionalmanagement.com | Sep 15 2026 19:36:00 | Regional Fin, Attn: Bankruptcy, 979 Bateville Rd Ste B, Geer, SC 29651-6819 |
| 5723623 | + | EDI: PHINELEVATE | Sep 15 2026 23:34:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 5723625 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Sep 15 2026 19:36:00 | Sezzle, 251 N 1st Ave, Minneapolis, MN 55401 |
| 5723626 | | Email/Text: bankruptcy_department@clacorp.com | Sep 15 2026 19:36:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5723628 | + | Email/Text: bkinfo@ccfi.com | Sep 15 2026 19:36:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5723630 | + | EDI: AGFINANCE.COM | Sep 15 2026 23:34:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5723632 | | EDI: SYNC | Sep 15 2026 23:34:00 | Synchrony, Attn: Bankruptcy, Po Box 955060, Orlando, FL 32896-5060 |
| 5723631 | + | EDI: SYNC | Sep 15 2026 23:34:00 | Synchrony, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5723633 | + | EDI: SYNC | Sep 15 2026 23:34:00 | Synchrony Bank, Po Box 965065, Orlando, FL 32896-5065 |
| 5723634 | + | EDI: SYNC | Sep 15 2026 23:34:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5723637 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 15 2026 19:37:00 | Upstart, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 5723642 | | Email/Text: bkfilings@zwickerpc.com | Sep 15 2026 19:37:00 | Zwicker & Associates,, 80 Minuteman Rd, Andover, MA 01810-1008 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5723598 | ##+ | Crane Finance, 2108 Grande Ave, Wausau, WI 54403-6912 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
## United States Bankruptcy Court Southern District of Mississippi

***Information to identify the case:***

| | | |
|---|---|---|
| Debtor 1 | **Jessica Marie Fontenot**<br>First Name Middle Name Last Name | Social Security number or ITIN **xxx–xx–5240**<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the Southern District of Mississippi | | |
| Case number: **26–51533–KMS** | | Date case filed for chapter **7** **9/15/26** |

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Jessica Marie Fontenot | |
| **2.** | **All other names used in the last 8 years** | aka Jessica M Fontenot | |
| **3.** | **Address** | 206 Station Dr<br>Ocean Springs, MS 39564 | |
| **4.** | **Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601–500–5533<br>Email trollins@therollinsfirm.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Zachary S Wessler Sr<br>1806 23rd Avenue, Suite A<br>Gulfport, MS 39501 | Contact phone 228–207–0496<br>Email chapter7trustee@wesslerlawgroup.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 228–563–1790**<br><br>**Date: 9/15/26** |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 10, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Zachary S Wessler Sr**<br>**Zoom video meeting.**<br>**Go to zoom.us/join, enter Meeting ID 762 398 6120 and Passcode 5093776334 , OR call 228–225–3419.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/11/27** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |